UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BARDELL**<br>*Plaintiff,*<br><br>**VERSUS**<br><br>**JEFFERSON PARISH SCHOOL BOARD**<br>*Defendant.* | **CIVIL ACTION NO: 20-03245**<br><br>**SECTION: L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE VAN MEERVELD** |

## ORDER

Defendant Jefferson Parish School Board filed a motion to dismiss ("Motion") Plaintiff Derek Bardell's "Complaint, Amended Complaint, and Seconded Amended/Supplemental Complaint." R. Doc. 36. Subsequently, the Court granted Plaintiff leave to file a Third Amended Complaint, R. Doc. 57, which has since been filed. R. Doc. 60. The Third Amended Complaint incorporates by reference certain allegations in the original Complaint and substantially adds to those allegations. R. Doc. 60.

As a number of other courts have recognized, a plaintiff's filing of an amended complaint may render moot a pending motion to dismiss. *See Rodriguez v. Xerox Bus. Servs.*, LLC, No. EP-16-CV-41-DB, 2016 WL 8674378, at *1 (W.D. Tex. June 16, 2016) (citing, *inter alia*, *Maxim Integrated Prods., Inc. v. State Farm Mut. Auto. Ins. Co.*, No. SA–14–CV–1030–XR, 2015 WL 10990119, at *1 (W.D. Tex. Feb. 12, 2015) ("Especially given the substantive changes in the amended complaint, new causes of action, and more specific facts about the infringement that may go to the heart of the motion to dismiss, the Court finds State Farm's motion to dismiss is moot."); *Merritt v. Fogel*, 349 F. App'x. 742, 745 (3d Cir. 2009) (stating in dicta that "the filing of that amended complaint . . . would have rendered moot defendants' motions to dismiss"); *Calloway v. Green Tree Servicing, LLC*, 599 F. Supp. 2d 543, 546 (D. Del. 2009 ("As the amended complaint has superseded the original, defendant's motion to dismiss has become moot."); *Abb, Inc. v. Reed City Power Line Supply Co.*, No. 1:07–cv–420, 2007 WL 2713731, at *1 (W.D. Mich. Sept. 18, 2007) ("Because the original complaint has been superseded and nullified, there is no longer a live dispute about the propriety or merit of the claims asserted therein; therefore, any motion to dismiss such claims is moot.")).

Here, the Third Amended Complaint adds a number of new allegations "whose effect on the Motion's arguments is not immediately clear." *Id.* Accordingly, the Court will deny the motion as moot. *See id.*

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss, R. Doc. 36, is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion to Strike, Continue, or Reset 12(b)(6)" is **DENIED** as moot.

New Orleans, Louisiana, this 1st day of February, 2022.

_____
**United States District Judge**