UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DEREK BARDELL**<br><br>*Plaintiff,*<br><br>**VERSUS**<br><br>**JEFFERSON PARISH SCHOOL BOARD**<br>*Defendant.* | **CIVIL ACTION NO: 20-3245**<br><br>**SECTION: L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE Janis van Meerveld** |

Considering the foregoing Motion to Enroll Additional Counsel of Record,

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Motion to Enroll Additional Counsel is GRANTED and Shaun Mena (Bar No. 35911) is enrolled as additional counsel of record.

New Orleans, Louisiana this 2nd day of February, 2023.

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE